IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHALIL A. CHAMBERS,** | : <br> : <br> : Civ. A. No. 2:19-cv-4095-JDW <br> : <br> : <br> : <br> : <br> : |
| Petitioner, | |
| v. | |
| **SUPT. MCGINLEY**, *et al.* | |

# ORDER

**AND NOW**, this 12th day of November 2020, upon considering the Petition for writ of *habeas corpus* (ECF No. 1), and the Report and Recommendation of the Honorable Carol Sandra Moore Wells's Report and Recommendation (ECF No. 14), the Court having extended Petitioner's time to object to the Report and Recommendation until October 30, 2020 (ECF No. 18) and having received no response, and for good cause, including the fact that Petitioner was over the age of 18 at the time of the events underlying his conviction and that the courts considering his PCRA petition reasonably concluded that his counsel made reasonable strategic judgments that did not deprive him of the effective assistance of counsel, it is **ORDERED**:

1. Judge Wells's detailed Report and Recommendation (ECF No. 14) is **APPROVED** and **ADOPTED**;

2. The Petition for writ of *habeas corpus* (ECF No. 1) is **DENIED WITH PREJUDICE** and **DISMISSED**; and

3. Because Petitioner has not demonstrated reasonable jurists would debate the correctness of the procedural aspects of this ruling, nor has he made a substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not issue.

The Clerk of Court shall **close** this case.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
**HON. JOSHUA D. WOLSON**
**United States District Judge**
